The State of Ohio, Appellant, *v.* DeWees, Appellee.

(No. 39788—Decided May 11, 1966.)

Mr. *Louis R. Young*, director of law, Mr. *John J. Burkhart* and Mr. *Joseph Goldberg*, for appellant.
Mr. *James Slater Gibson*, for appellee.

*Per Curiam.* The sale of fireworks to the police officer was a sale "at retail" within the meaning of the statute. The judgment of the Court of Appeals is reversed and that of the Municipal Court is affirmed.

*Judgment reversed.*

Taft, C. J., Zimmerman, Matthias, O'Neill, Herbert, Schneider and Brown, JJ., concur.